FILED
DEC 21 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No.: |
| ) | '07 MJ 9000 |
| Plaintiff, ) | |
| v. ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| Jose Teodulo MILLAN-Carlos, ) | 18 U.S.C. § 922(g)(5) |
| ) | Unlawful Alien in Possession of a Firearm |
| Defendant. ) | **(Felony)** |

The undersigned complainant being duly sworn states:

On or about December 20, 2007, within the Southern District of California, defendant Jose Teoludo MILLAN-Carlos, an illegal alien, did possess one firearm that traveled in and affected interstate commerce, to wit: a Bauer .25 caliber handgun, bearing serial number 091928, in violation of Title 18, United States Code, Section 922(g)(5).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Douglas A. Struckmeyer
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 21st DAY OF DECEMBER, 2007.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jose Teoludo MILLAN-Carlos

STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Douglas Struckmeyer.

On December 20, 2007, Special Agent Struckmeyer went to 1250 E. Evan Hewes Highway in El Centro, California in order to conduct an interview with a person who he believed to be Jose MORA. At the location, Special Agent Struckmeyer encountered Jose Teoludo MILLAN-Carlos. Special Agent Struckmeyer knew this to be an alias of the person who he planned to interview.

Special Agent Struckmeyer identified himself to MILLAN as an Immigration and Customs Enforcement Special Agent. Special Agent Struckmeyer determined through questioning that MILLAN was a native and citizen of Mexico who was present in the United States in violation of U.S. immigration laws. Defendant stated and record checks confirmed that there is no evidence that MILLAN has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to enter the United States.

MILLAN consented to a search of his residence as well as two automobiles. Inside the residence, Special Agent Struckmeyer found a Bauer .25 caliber handgun, bearing serial number 091928. MILLAN stated that the gun belonged to him and that he purchased it from an unknown person whom he met on the street in Los Angeles, California.

Special Agent Struckmeyer arrested MILLAN for Unlawful Alien in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(5).

MILLAN was booked into the Imperial County Jail, in El Centro, California, pending an appearance in U.S. Magistrate Court.