FILED
JAN 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR239-JLS |
| Plaintiff, ) | <u>I N F O R M A T I O N</u> |
| v. ) | Title 18, U.S.C., Sec. 922(g)(5) - Illegal Alien in Possession of a Firearm (Felony) |
| JOSE TEODULO MILLAN-CARLOS, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about December 20, 2007, within the Southern District of California, defendant JOSE TEODULO MILLAN-CARLOS, an illegal alien, did possess one firearm that traveled in and affected interstate commerce, to wit: a Bauer .25 caliber handgun, bearing serial number 091928; in violation of Title 18, United States Code, Section 922(g)(5).

DATED: January 29, 2008.

KAREN P. HEWITT
UNITED STATES ATTORNEY

/s/ John T. Wen for
CAROLINE P. HAN
Assistant U.S. Attorney

CPH:pcf
1/29/08