JAN. 8. 2008  4:14PM                                    NO. 2526   P. 6

AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| Jose Teodulo Millan-Carlos | CASE NUMBER: 08CR239-JLS |

I, Jose Teodulo Millan-Carlos, the above-named defendant, who is accused of committing the following offense:

Illegal Alien in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(5)(Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on  1/29/08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Stephen Demik, Esq.
Defense Counsel

Before _____
        Judicial Officer

**FILED**
JAN 2 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**FILED**
JAN 2 9
CLERK, U.S.
SOUTHERN ...
BY ...