# Document Stricken